NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARNELL KENO, )
 )
Appellant, )
 )
v. )Case No. 2D18-445
 )
STATE OF FLORIDA, )
 )
Appellee. )
_____ )

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Debra Johnes
Riva, Judge.

Darnell Keno, pro se.

PER CURIAM.

Affirmed.  See § 775.082(8)(a)(2), Fla. Stat. (1997); State v. Baker, 874

So. 2d 643 (Fla. 2d DCA 2004); O'Neal v. State, 862 So. 2d 91 (Fla. 2d DCA 2003);

Ellington v. State, 96 So. 3d 1131 (Fla. 1st DCA 2012); State v. Garcia, 923 So. 2d

1186 (Fla. 3d DCA 2006); State v. Newmones, 765 So. 2d 860 (Fla. 5th DCA 2000).

CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.